# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 21, 202

**BY ECF**

The Honorable Naomi Reice Buchwald
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Hill**
      24 Cr 624 (NRB)

Dear Judge Buchwald:

> *Application granted on condition that the defendant inform Pretrial Services of the name and address of the restaurant and that he strictly comply with the return time of 2 pm.*
> *So Ordered: Naomi Reice Buchwald, USDJ*
> *1/23/25*

   The defense writes to respectfully request the Court allow Mr. Hill leave to attend a breakfast at a restaurant near his home in the Bronx on Saturday, January 25, 2025 to celebrate his birthday. He requests permission to be out of his home from 10 AM until 2 PM. He will be joined by his children and partner. Pretrial objects as a matter of policy but notes Mr. Hill's compliance with the terms of his bail. The Government defers to Pretrial. If the Court grants this request, Mr. Hill will provide the address of the restaurant to his Pretrial officer.

Respectfully submitted,

/s/   *IMA*

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSA Kaylan Lasky, Esq.