**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

July 31, 2025

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted. Defendant's sentencing is adjourned to November 6, 2025 at 11:00 a.m.
>
> SO ORDERED.
>
> [signature]
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Date: New York, New York
>       August 4, 2025

Re:   *United States v. Hill*, No. 24 Cr. 624 (NRB)

Dear Judge Buchwald:

    I write as newly appointed counsel for Christopher Hill, the defendant in this matter, to request an 8-week adjournment of sentencing. The current sentencing date is September 18, 2025. Mr. Hill has not requested any previous adjournments of his sentencing date, and Government counsel does not object to this adjournment request.

    The adjournment is needed as Mr. Hill's previous counsel left his employment with the Federal Defenders of New York on July 25, 2025. I have been newly assigned as Mr. Hill's attorney and will need additional time to familiarize myself with the relevant materials to prepare Mr. Hill's sentencing submission. In addition, I will be out of the country for a previously scheduled vacation for one week in August.

    The week of November 17, 2025, works for both parties for the rescheduling of the sentencing date, with the respective submissions adjusted to conform therewith. Thank you for the Court's consideration.

Respectfully submitted,

/s/ Ashok Chandran
Ashok Chandran
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

cc:   AUSA Kaylan Lasky, Esq,