# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

**BY ECF**

April 9, 2026

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**     *United States v. Hill*, **No. 24 Cr. 624 (NRB)**

Dear Judge Buchwald:

I write as counsel for Christopher Hill to respectfully request a short adjournment of the second sentencing hearing to the week of May 18, 2026. This is my first request for an adjournment of this sentencing date, and government counsel does not object to this request.

At Mr. Hill's last sentencing hearing on November 6, 2025, this Court deferred imposition of sentence for a period of six months and scheduled another hearing for May 5, 2026. I have since learned of an unexpected family obligation that will conflict with that date, and might extend into part of the week of May 11, 2026.

I have conferred with government counsel about this request, and the parties are available any time during the week of May 18, 2026, save for the afternoon of May 21, 2026. If that week does not work for the Court, the parties can confer about other weeks.

Thank you for the Court's consideration.

Application granted.  The sentencing
hearing scheduled for May 5, 2026 is
hereby adjourned until May 19, 2026 at
11:00 a.m.

Respectfully submitted,

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

/s/ Ashok Chandran
Ashok Chandran
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

Dated:     April 10, 2026
         New York, New York

cc.     AUSA Kaylan Lasky, Esq,